# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2017

*The Court of Appeals hereby passes the following order:*

## A17I0139. CHARLES E. DAVIS et al. v. JERRY D. GANAS et al.

Jerry and Dana Ganas filed suit against Charles Davis and South Beach Development, Inc. The Ganases subsequently filed a motion for partial summary judgment, seeking to permanently enjoin Davis and South Beach Development from interfering with their rights to use the waters of Long Pond. The trial court granted partial summary judgment, and Davis and South Beach Development filed this application for interlocutory appeal. However, pursuant to OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). The order in this case is thus subject to direct appeal.

As a general rule, we will grant an application for interlocutory review if the order complained of is directly appealable and the applicant has not already filed a timely notice of appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. Davis and South Beach Development shall have 10 days from the date of this order to file a notice of appeal in the trial court. If they have already filed a timely notice of appeal

from the order at issue here, they need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/02/2017_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*